CO-386-online
10/03

# United States District Court
# For the District of Columbia

Unique Industries, Inc.           )
                                  )
                                  )
                                  )
                  Plaintiff       )       Case: 1:08-cv-01095
        vs                        )  Civil A  Assigned To : Urbina, Ricardo M.
                                  )       Assign. Date : 6/25/2008
965207 Alberta Ltd.               )       Description: General Civil
                                  )
                                  )
                  Defendant       )


**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Unique Industries, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Unique Industries, Inc.__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Quentin R. Corrie_
Signature

224469
BAR IDENTIFICATION NO.

Quentin R. Corrie
Print Name

8110 Gatehouse Road, Suite 100 East
Address

Falls Church,   VA          22042
City            State       Zip Code

703-205-8000
Phone Number