UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
UNIQUE INDUSTRIES, INC., : ECF CASE
    a corporation of Pennsylvania :
    4750 League Island Blvd. :
    Philadelphia, Pennsylvania 19112-1222 :
 :
            Plaintiff, :
 : Civil Action No.:
    -against- : 1:08-cv-1095 (RMU)
 :
 :
965207 ALBERTA LTD., :
    a corporation of Canada :
    105-150 Crowfoot CR., NW :
    Calgary, Alberta :
    Canada T3G3T2 :
 :
            Defendant. :
---------------------------------------------------------------X

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Local Civil Rule 83.2 governing the Practice of Attorneys in the United States District Court for the District of Columbia, the undersigned respectfully moves for the admission of Gerard F. Dunne, of Law Offices of Gerard F. Dunne, P.C., 156 Fifth Avenue, Suite 1223, New York, New York 10010 (212-645-2410) for purposes of appearing as lead counsel on behalf of Plaintiff, Unique Industries, Inc. herein, in the above-captioned case only.

Gerard F. Dunne certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the highest court of the State of New York and the United States District Court of the Southern District of New York. Attached hereto is a declaration from applicant attesting to his admission and good standing of the noted courts, including the United States District Court for the Southern District of New York located at

500 Pearl Street, New York, NY 10007. Gerard F. Dunne has not been the subject of disciplinary action by any bar.

In further support of this motion, it is hereby designated that Quentin R. Corrie (DC Bar No. 224469) of Birch Stewart, Kolasch & Birch, LLP, is a member of the bar of this Court, and he is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, Quentin R. Corrie, Birch Stewart, Kolasch & Birch, LLP, 8110 Gatehouse Road., Suite 100 East, Falls Church, VA 22042, 703-205-8000 (facsimile 703-205-8050) is designated as local counsel in this matter on behalf of Plaintiff, Unique Industries, Inc. herein.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: July 7, 2008

Respectfully submitted,

*Quentin R. Corrie* (signature)
Quentin R. Corrie
D.C. Bar No. 224469
Attorney for Plaintiff Unique Industries, Inc.
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22042
Telephone: 703-205-8000
Facsimile: 703-205-8050
E-mail: qrc@bskb.com

Executed under penalty of perjury on the 3rd day of July, 2008 at New York, New York.

Respectfully submitted,

*/s/ Gerard F. Dunne*

Gerard F. Dunne
Attorney for Plaintiff Unique Industries, Inc
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue, Suite 1223
New York, NY 10010
Telephone: 212-645-2410
Facsimile: 212-645-2435
Email: jerry.dunne@dunnelaw.net

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X

UNIQUE INDUSTRIES, INC.,  :  ECF CASE
    a corporation of Pennsylvania  :
    4750 League Island Blvd.  :
    Philadelphia, Pennsylvania  19112-1222  :
    :
        Plaintiff,  :
    :  Civil Action No.:
-against-  :  1:08-cv-1095 (RMU)
    :
    :
965207 ALBERTA LTD.,  :
    a corporation of Canada  :
    105-150 Crowfoot CR., NW  :
    Calgary, Alberta  :
    Canada T3G3T2  :
    :
        Defendant.  :
---------------------------------------------------------------X

## DECLARATION OF GERARD F. DUNNE IN SUPPORT OF THE MOTION BY THE PLAINTIFF FOR ADMISSION *PRO HAC VICE* OF GERARD F. DUNNE

I, Gerard F. Dunne, hereby declare the following to be true and correct to the best of my knowledge and belief, and I make the following statements with the knowledge that any false statements made willfully may subject me to criminal charges of perjury under the laws of the United States.

1.    I make this declaration in support of the application of Gerard F. Dunne of Law Offices of Gerard F. Dunne, P.C., 156 Fifth Avenue, Suite 1223, New York, New York 10010 (212-645-2410) for purposes of appearing as lead counsel on behalf of Plaintiff, Unique Industries, Inc. herein, in the above-styled case only.

2.   I am admitted to practice before the highest court of the State of New York. I was admitted to the New York Bar in 1975, and am presently in good standing.

3. Additionally I am admitted to the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Federal Circuit, and the United States Supreme Court.

3. I have never been suspended, disbarred or disciplined by any disciplinary authority of any of the courts to which I am admitted, and am not subject to any pending disciplinary proceedings of such courts.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not practice law from any office located in the District of Columbia.

5. I affirm to this Court that if admitted *pro hac vice* to appear and participate in this matter on behalf of Plaintiff, Unique Industries, Inc., I shall abide by the applicable rules governing conduct of attorneys before the United States District Court for the District of Columbia.

Dated: New York, New York
July 3, 2008

Respectfully submitted,

_____
Gerard F. Dunne
Attorney for Plaintiff, Unique Industries, Inc.
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue, Suite 1223
New York, NY 10010
Telephone: 212-645-2410
Facsimile: 212-645-2435
Email: jerry.dunne@dunnelaw.net

2