UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
UNIQUE INDUSTRIES, INC., : ECF CASE
    a corporation of Pennsylvania :
    4750 League Island Blvd. :
    Philadelphia, Pennsylvania 19112-1222 :
    :
               Plaintiff, :
    : Civil Action No.:
    -against- : 1:08-cv-1095 (RMU)
    :
    :
965207 ALBERTA LTD., :
    :
               Defendant. :
---------------------------------------------------------------X

**STIPULATION FOR EXTENSION OF TIME**

The Plaintiffs, Unique Industries, Inc., by counsel, hereby stipulate and agree that the time for filing a response to the Complaint in the above-referenced matter be extended through September 11, 2008.

Dated: August 7, 2008

Respectfully submitted,

*Quentin R. Corrie*
Quentin R. Corrie
D.C. Bar No. 224469
Attorney for Plaintiff Unique Industries, Inc.
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22042
Telephone: 703-205-8000
Facsimile: 703-205-8050
E-mail: qrc@bskb.com

Of Counsel
Gerard F. Dunne
Attorney for Plaintiff Unique Industries, Inc
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue, Suite 1223
New York, NY 10010
Telephone: 212-645-2410
Facsimile: 212-645-2435
Email: jerry.dunne@dunnelaw.net

Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Ste 100 East
Falls Church, VA 22042-1210
Tel: 703-205-8000  Fax: 703-205-8050