0